**FILED**

OCT 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN KENT COLEMAN,

    Plaintiff,           No. CIV-S-06-1179 MCE KJM P

    vs.

ASU STAFF,

    Defendant.       <u>ORDER</u>

_____/

        Plaintiff has filed an action for violation of civil rights under 42 U.S.C. § 1983. However, plaintiff has not filed his complaint on the proper form. Plaintiff will be given leave to do so and leave to either pay the $350.00 filing fee or file an application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.

1

1 | Plaintiff's failure to comply with this order will result in a recommendation that this matter be
2 | dismissed; and
3 |     2. The Clerk of the Court is directed to send plaintiff the court's form for filing a
4 | civil rights action, and the application to proceed in forma pauperis by a prisoner.
5 | DATED: 10/16/06

                                      _____
                                      UNITED STATES MAGISTRATE JUDGE

1
cole1179.noc.