IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN KENT COLEMAN,

      Plaintiff,                         No. CIV S-06-1179 MCE KJM P

      vs.

ASU STAFF,

      Defendant.                      FINDINGS & RECOMMENDATIONS

_____/

      By order filed October 17, 2006, plaintiff was granted thirty days within which to file a complaint under 42 U.S.C. § 1983 and an application to proceed in forma pauperis. The thirty day period has now expired, and plaintiff has not filed a complaint, an application to proceed in forma pauperis or otherwise responded to the court's order.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: January 19, 2007.

4  _____
   U.S. MAGISTRATE JUDGE

6  /mp
   cole1179.ftafifphc